**CIVIL PROCEDURAL RULES COMMITTEE**
**ADOPTION REPORT**

**Amendment of Pa.R.Civ.P. 205.6**

On December 1, 2021, the Supreme Court amended Pennsylvania Rule of Civil Procedure 205.6 to conform the rule to recent amendments to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* adopted on October 6, 2021*.* The Civil Procedural Rules Committee has prepared this Adoption Report describing the rulemaking process. An Adoption Report should not be confused with Comments to the rules. *See* Pa.R.J.A. 103, Comment. The statements contained herein are those of the Committee, not the Court.

Effective January 1, 2022, the amendments to Section 7.0(A) and (C) of the *Policy* require filers to safeguard confidential information using a Confidential Information Form. Prior to the amendments, the *Policy* provided an option for a court to adopt a rule or order to permit the filing of a document in two versions, a "Redacted Version" and an "Unredacted Version" rather than require the use of the Confidential Information Form. In addition, Section 9.0(H) has been added to indicate that the amendments to the *Policy* do not apply retroactively to documents filed with a court prior to their effective date.

Pa.R.Civ.P. 205.6 governs confidential information and confidential documents in civil filings, including the certification that a filing is compliant with the *Policy*. Conforming amendments have been made to delete references within the rule and comment relating to the option for a court to require redacted and unredacted versions of a document when safeguarding confidential information.